Honorable Rosanna Malouf Peterson

Jonathan D. Ballard, WA Bar No. 48870
Lewis Brisbois Bisgaard & Smith LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
Phone 206.436.2020
Fax 206.436.2030
jonathan.ballard@lewisbrisbois.com
Attorneys for Defendant Amanda Spayde

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARSHALL L. STORY,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>JOHN/JANE DOE #1, JANE DOE #2, AMANDA (LNW) and JOHN MCGRATH,<br><br>　　　　　Defendants. | Civil Action No. 2-18-cv-00185-RMP<br><br>**NOTICE OF APPEARANCE** |

**TO:        THE CLERK OF THE COURT;**

**AND TO:   ALL PARTIES OF RECORD AND THEIR COUNSEL.**

YOU, AND EACH OF YOU, will please take notice that the appearance of Defendant Amanda Spayde, erroneously named as Amanda (LNW), is hereby entered in the above-entitled action through the undersigned attorneys, without waiving her right to challenge the Court's jurisdiction and service of process.

You are hereby directed to serve all future pleadings or papers, except process, upon the said attorneys at their office below stated.

NOTICE OF APPEARANCE - 1
USDC ED WA CAUSE NO. 2-18-cv-00185-RMP

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

4838-9336-3317.1

| | | |
|---|---|---|
| 1 | DATED: October 4, 2018 | LEWIS BRISBOIS BISGAARD & SMITH LLP |

*s/Jonathan D. Ballard*
Jonathan D. Ballard, WA Bar No. 48870
Attorneys for Defendant Amanda Spayde

NOTICE OF APPEARANCE - 2
USDC ED WA CAUSE NO. 2-18-cv-00185-RMP

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

4838-9336-3317.1

## DECLARATION OF SERVICE

I hereby certify that on October 4, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record

In addition, I deposited with the U.S. Postal Service, first class, postage-prepaid for delivery to the following:

>Marshall L. Story, #305293
>Spokane County Jail
>1100 W. Mallon Avenue
>Spokane, WA  99260

*s\/Linda Morlin*
Linda Morlin, Legal Secretary

NOTICE OF APPEARANCE - 3
USDC ED WA CAUSE NO. 2-18-cv-00185-RMP

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

4838-9336-3317.1