Honorable Rosanna Malouf Peterson

Jonathan D. Ballard, WA Bar No. 48870
Sarah Demaree Macklin, WA Bar No. 49624
Lewis Brisbois Bisgaard & Smith LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
Phone 206.436.2020
Fax 206.436.2030
jonathan.ballard@lewisbrisbois.com
sarah.macklin@lewisbrisbois.com
Attorneys for Defendant Amanda Spayde

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARSHALL L. STORY,<br><br>    Plaintiff,<br><br>vs.<br><br>JOHN/JANE DOE #1, JANE DOE #2, AMANDA (LNW) and JOHN MCGRATH,<br><br>    Defendants. | Civil Action No. 2-18-cv-00185-RMP<br><br>**NOTICE OF ASSOCIATION** |

**TO:**     **THE CLERK OF THE COURT;**

**AND TO:**   **ALL PARTIES OF RECORD AND THEIR COUNSEL.**

NOTICE IS HEREBY GIVEN that Sarah Demaree Macklin of Lewis Brisbois Bisgaard & Smith LLP, 1111 Third Avenue, Suite 2700, Seattle, WA 98101, hereby associates with Jonathan D. Ballard, also of Lewis Brisbois Bisgaard & Smith LLP, as attorneys for Defendant Amanda Spayde, erroneously named as Amanda (LNW), in the above-captioned matter.  Please serve all further

NOTICE OF ASSOCIATION - 1
USDC ED WA CAUSE NO. 2-18-cv-00185-RMP

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

4821-2586-3286.1

1  papers and pleadings herein on Sarah D. Macklin, as well as Jonathan D. Ballard,

2  with the exception of original process.

3

4  You are hereby directed to serve all future pleadings or papers, except

5  process, upon the said attorneys at their office below stated.

6  DATED: October 4, 2018    LEWIS BRISBOIS BISGAARD & SMITH LLP

7

8

9  *s/Sarah Demaree Macklin*
   Sarah Demaree Macklin, WA Bar No. 49624
10 Jonathan D. Ballard, WA Bar No. 48870
   Attorneys for Defendant Amanda Spayde

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

NOTICE OF ASSOCIATION - 2
USDC ED WA CAUSE NO. 2-18-cv-00185-RMP

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

4821-2586-3286.1

# DECLARATION OF SERVICE

I hereby certify that on October 4, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record

In addition, I deposited with the U.S. Postal Service, first class, postage-prepaid for delivery to the following:

Marshall L. Story, #305293
Spokane County Jail
1100 W. Mallon Avenue
Spokane, WA  99260

*s/Linda Morlin*
Linda Morlin, Legal Secretary

NOTICE OF ASSOCIATION - 3
USDC ED WA CAUSE NO. 2-18-cv-00185-RMP

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

4821-2586-3286.1