# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 11, 2019

SEAN F. McAVOY, CLERK

Marshall L. Story

*Plaintiff*

v.

DR. JEFFERY MAPLE, Doctor/Medical Provider NaphCare; KYRA, Nurse; AMANDA SPAYDE, RN

*Defendant*

Civil Action No. 2:18-CV-185-RMP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:
Defendant's Motion to Dismiss (ECF No. 29) is GRANTED. Plaintiff's Second Amended Complaint is dismissed with prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   Rosanna Malouf Peterson   on a motion to dismiss.

Date:  June 11, 2019

CLERK OF COURT

SEAN F. McAVOY

s/ Courtney Piazza
*(By) Deputy Clerk*

Courtney Piazza